AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| ALONSO ZARAGOZA and JADHIRA SANCHEZ<br>*Plaintiff* | ) | |
| v. | ) | Case No. |
| TAYLOR FRESH FOODS, INC, et al.<br>*Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Alonso Zaragoza and Jadhira Sanchez .

Date: 08/21/2026

/s/Erin A. Adamski
*Attorney's signature*

Erin A. Adamski 6317891
*Printed name and bar number*

Newland & Newland, LLP
121 S. Wilke Road, Suite 301
Arlington Heights, IL 60005
*Address*

erin@newlandlaw.com
*E-mail address*

(847) 797-8000
*Telephone number*

(847) 797-9090
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ALONSO ZARAGOZA and JADHIRA SANCHEZ )
*Plaintiff* )
v. ) Case No.
TAYLOR FRESH FOODS, INC, et al. )
*Defendant* )

CERTIFICATE OF SERVICE

I certify that on 08/21/2026, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

______________________________,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

Corporation Service Company as Registered Agent for Taylor Fresh Foods, Inc.
251 Little Falls Drive, Wilmington, DE 19808.

and

Corporation Service Company as Registered Agent for Taylor Farms California, Inc.
251 Little Falls Drive, Wilmington, DE 19808

/s/Erin A. Adamski
*Attorney's signature*

Erin A. Adamski 6317891
*Printed name and bar number*

Newland & Newland, LLP
121 S. Wilke Road, Suite 301
Arlington Heights, IL 60005
*Address*

erin@newlandlaw.com
*E-mail address*

(847) 797-8000
*Telephone number*

(847) 797-9090
*Fax number*

Print Save As... Reset